IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

**September 18, 2007**

Charles R. Fulbruge III
Clerk

No. 06-51000
Summary Calendar

UNITED STATES OF AMERICA,

                    Plaintiff-Appellee,

v.

DONALD WAYNE DOWLING,

                    Defendant-Appellant.

Appeal from the United States District Court
for the Western District of Texas
No. 7:05-CR-250-1

Before REAVLEY, SMITH, and BARKSDALE, Circuit Judges.

PER CURIAM:[*]

The attorney appointed to represent Donald Dowling has moved for leave to withdraw and has filed a brief in accordance with Anders v. California, 386

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

U.S. 738 (1967).  Dowling has filed a response.  Our independent review of the record, counsel's brief, and Dowling's response discloses no nonfrivolous issue for appeal.  Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED.  See 5TH CIR. R. 42.2.